■ VERIZON NEW YORK, INC., Appellant, v STATE OF NEW YORK, Respondent. [910 NYS2d 725]—Appeal from a judgment of the Court of Claims (Jeremiah J. Moriarty, III, J.), entered July 8, 2009. The interlocutory judgment apportioned liability 35% to defendant and 65% to claimant.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Memorandum: Claimant commenced this action alleging that defendant damaged its underground telecommunication line while performing "sidewalk/bridge" repairs in the City of Niagara Falls. After a nonjury trial on the issue of liability, the Court of Claims determined that both parties were negligent and apportioned liability 65% to claimant and 35% to defendant.

We conclude upon our review of the record that the court properly attributed a greater portion of the fault to claimant (see *Denio v State of New York*, 11 AD3d 914, 915 [2004], *amended on rearg* 13 AD3d 1231 [2004], *affd* 7 NY3d 159 [2006]; *Schmidt v State of New York*, 21 Misc 3d 1114[A], 2005 NY Slip Op 52377[U] [2005], *affd for reasons stated* 39 AD3d 1237 [2007]; *see generally Stewart v Manhattan & Bronx Surface Tr. Operating Auth.*, 60 AD3d 445, 445-446 [2009]). Present— Martoche, J.P., Sconiers, Green and Pine, JJ.

■ In the Matter of ROBERT CASELLA, Respondent, v CITY OF ROCHESTER et al., Appellants. [910 NYS2d 708]—Appeal from a judgment (denominated decision and order) of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered March 10, 2010 in a proceeding pursuant to CPLR article 78. The judgment, inter alia, granted the petition to compel compliance with a Freedom of Information Law demand.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Martoche, J.P., Sconiers, Green and Pine, JJ.